CUMMINS & WHITE, LLP
Larry M. Arnold, P.C. (Bar No. 60459)
E-mail: larnold@cwlawyers.com
J. Thomas Gilbert (Bar No. 183362)
E-mail: tgilbert@cwlawyers.com
William S. Hoang (Bar No. 269791)
E-mail: whoang@cwlawyers.com
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
Facsimile: (949) 852-8510

Attorneys for Defendant
KJ MUTUAL, INC. D/B/A CRAZY
ROCK N SUSHI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KJ MUTUAL, INC. D/B/A CRAZY ROCK N SUSHI; and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: 2:18-cv-03699-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY** |

**GOOD CAUSE APPEARING**, based upon the settlement of this case and the stipulation to dismiss the action by the Parties hereto, by their counsel, the Court orders this entire action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 31, 2018

　　　　　　　　　　　　　　　　　　/ s /
　　　　　　　　　　　　　　　　　Honorable Alka Sagar
　　　　　　　　　　　　　　　　　United States Magistrate Judge